UNITED STATES DISTRICT COURT
~~NORTHERN~~ Central DISTRICT OF ILLINOIS
EASTERN DIVISION



FILED
APR 21 2008
PAMELA E. ROBINSON, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Daniel P. Frauenrieder

_____

(Enter above the full name of the plaintiff or plaintiffs in this action)

vs.

Durkin Patrick P. Correctional Counselor II
Henry Hill Correctional Center

(name unknown) warden
Henry Correctional Center
   Hill

Case No: 08-1093
(To be supplied by the Clerk of this Court)

(Enter above the full name of ALL defendants in this action. Do not use "et al.")

CHECK ONE ONLY:

__✓__    **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

_____    **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

_____    **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: _____

B. Approximate date of filing lawsuit: _____

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Daniel P. Frauenreder

D. List all defendants: Durkin Patrick D, correctional counseler II (name unknown) WARDEN

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): ~~Northern~~ Central District Court of Illinois

F. Name of judge to whom case was assigned: This action

G. Basic claim made: Unlawful imprisonment under the custody of I.DOC, M.SR. Date - 08/23/06 max release date 08/23/07, Held until 01/07/08

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): New Filing

I. Approximate date of disposition: -N-

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

That the plantiff filed in the I.D.O.C., The Grievance procedure for unlawful imprisonment, he was not released. (SEE EXHIBIT A).

The Plantiff was sentenced to the Illinois Department of Corrections (I.D.O.C.). For a (3) Three year term, his Mandatory Supervised Release (M.S.R.) date was 08/23/06 - Plantiff was released.

Two month's was arrested (new case). Jailed in Cook County - 4 days later, he was order back to I.D.O.C., The Plantiff's Mandatory Release Date was 08/23/07. But the Plantiff was not released until January 7, 2008. Plantiff unlawfull imprisonment was from 08/23/07 through 01/07/08. One hundred and thirty seven days (137). Plantiff moves this Honorable Court for monetary Compensation of $150.00 a day, for each day of unlawful imprisonment. (See Exhibit B).

4

V.  Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Move's the Honorable Court to award the Plantiff monetary damages of $150.00 per day, for each day of his unlawfully Imprisonment, $150.00 x 137 Day's = $20,550.00

VI.  The plaintiff demands that the case be tried by a jury.  ☐ YES  ☒ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this  25  day of  March, 20 08

_Daniel P. Frauenreder_
(Signature of plaintiff or plaintiffs)

Daniel P. Frauenreder
(Print name)

B00162 (I.D.O.C.) 2008-000-1654 (Cook County Dpt of Corrections)
(I.D. Number)

Cook County Jail, 2700 S. California Ave., Chicago, Illinois, 60608
(Address)

6

Revised 9/2007

Date: March 25, 2008
TO: Clerk U.S. District Court
From: Daniel P. Frauenreder
Subject: Service and Process, Clerk U.S. District Court

"Please Service and Process; the enclosed Document's upon the court, including but not limited to all summon's and return Plaintiff's copy.

Sincerly,
Daniel P. Frauenreder
Daniel P. Frauenreder
#2008-000-1654 and
# R00162

# ILLINOIS DEPARTMENT OF CORRECTIONS
## OFFENDER'S GRIEVANCE

3C34

**Date:** August 23, 2007  
**Offender (Please Print):** Daniel P. Frauenreder  
**ID#:** R00162  
**Present Facility:** Hill Correctional Center  
**Facility where grievance issue occurred:** Hill Correctional Center

### NATURE OF GRIEVANCE:

- [ ] Personal Property
- [ ] Mail Handling
- [ ] Restoration of Good Time
- [ ] Disability
- [ ] Staff Conduct
- [ ] Dietary
- [ ] Medical Treatment
- [ ] HIPAA
- [ ] Transfer Denial by Facility
- [ ] Transfer Denial by Transfer Coordinator
- [x] Other (Specify): M.S.R. completed
- [ ] Disciplinary Report: ___/___/___ Date of Report _____ Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
- **Counselor**, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
- **Grievance Officer**, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
- **Chief Administrative Officer**, only if EMERGENCY grievance.
- **Administrative Review Board**, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** On August 23, 2006, I was released on Parole at Peoria Adult Transition Center, Address is 607 Main St. Peoria Ill. (Shawn Pardieck my counselor, released me from I.D.O.C). It's been exactly 1yr today, my M.S.R. is completed, but I'm still locked up at Hill Correctional Center (I.D.O.C).

If I remember right, the phone # 1-309-671-3165, you can confirm that my M.S.R. is completed with my counselor Shawn Pardieck at P.A.T.C. "Thank You"

**Relief Requested:** Please get me out of here!!!

- [ ] Check **only** if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Daniel P. Frauenreder   #R00162   08/23/07  
Offender's Signature   ID#   Date

(Continue on reverse side if necessary)

### Counselor's Response (if applicable)

**Date Received:** 8/28/07  
- [ ] Send directly to Grievance Officer  
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

**Response:** Inmate appeared before the parole board on 8/7/07. The parole board continued his hearing due to pending criminal cases. He appeared before judge on 7/31/07 for new cases and was given a continuance. Inmate will have to have new cases resolved, prior to determining out date.

P Durkin   P Durkin   8/30/07  
Print Counselor's Name   Counselor's Signature   Date

### EMERGENCY REVIEW

**Date Received:** ___/___/___   Is this determined to be of an emergency nature?
- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

_____   ___/___/___  
Chief Administrative Officer's Signature   Date

Distribution: Master File; Offender   Page 1   Printed on Recycled Paper   DOC 0046 (Rev. 3/2005)

## State of Illinois - Department of Corrections

## Counseling Summary

| | | | |
|---|---|---|---|
| **IDOC #** | R00162 | **Counseling Date** | 08/24/07 14:42:36:491 |
| **Offender Name** | FRAUENREDER, DANIEL | **Type** | Personal |
| **Current Admit Date** | 10/31/2006 | **Method** | Face To Face |
| **MSR Date** | 08/23/2006 | **Location** | HIL  HOUSING UNIT 3 |
| **HSE/GAL/CELL** | R3-C-34 | **Staff** | DURKIN, PATRICK D, CORRECTIONAL COUNSELOR II |

Inmate seen on housing unit tour. You appeared before the parole board on 8/7/07. The parole board continued your hearing, due to pending cases. You appeared before the judge on 7/31/07 on new cases (parole violations). The judge continued your case until 9/25/07. You will have to have your new cases resolved, prior to determining outdate.



EXHIBIT "B"

**Print Date** 8/31/2007