IN THE UNITED STATES District Court
CENTRAL DIVISION

FILED
APR 21 2008
PAMELA E. ROBINSON, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

DANIEL P. FRAUENREDER

vs.

DURKIN, Patrick A. Correctional Counsler II
Henry Hill Correctional Center

(Unknown Name) Warden
Henry Hill Correctional Center

CASE NO. 08-1093

Judge:

Motion For Leave to File Complaint

Now come the Plaintiff, and respectfully move this Honorable United State's District Court, for leave to file Plaintiff's Civil Rights complaint to effect an unlawful imprisonment in the Illinois Department of Corrections in the above-entitled cause.

Respectfully Submitted,
/s/ Daniel P. Frauenreder

Date: March 25, 2008