7/16/02

UNITED STATES DISTRICT COURT FOR THE
~~NORTHERN~~ Central DISTRICT OF ILLINOIS

FILED
APR 21 2008
PAMELA E. ROBINSON, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT

Daniel P. Frauenreder
Plaintiff

v.

Patrick Awkind, Correctional Counselor II
Henry Hill Correctional Center
(Unknown Name) Warden
Henry Hill Correctional Center
Defendant(s)

CASE NUMBER 08-1093

JUDGE _____

*Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:*

I, Daniel P. Frauenreder, declare that I am the ☒plaintiff ☐petitioner ☐movant (other _____) in the above-entitled case. This affidavit constitutes my application ☐ to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☐ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions <u>under penalty of perjury</u>:

1. Are you currently incarcerated?  ☒Yes  ☐No  (If "No," go to Question 2)
   I.D. # 2008-000-1654  Name of prison or jail: Cook County Jail, Dept of Corrections
   Do you receive any payment from the institution? ☐Yes ☒No  Monthly amount: _____

2. Are you currently employed?  ☐Yes  ☒No
   (Monthly salary) or wages: ~~$1,666.00~~
   Name and address of employer: ~~I.T.T., 2314 Wilkins Rd, Mossville, Illinois 61702~~

   a. If the answer is "No":
      Date of last employment: 03/16/06 - 08/18/06
      Monthly salary or wages: $1,666.00
      Name and address of last employer: ITT-2314 Wilkins Rd, Mossville, Ill 61702

   b. Are you married?  ☐Yes  ☒No
      Spouse's monthly salary or wages: _____
      Name and address of employer: _____

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same address received more than $200 from any of the following sources? *Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.*

   a. Salary or wages
      Amount _____  Received by _____  ☐Yes  ☒No

b.  ☐ Business, ☐ profession or ☐ other self-employment   ☐ Yes   ☒ No
Amount_____ Received by_____

c.  ☐ Rent payments, ☐ interest or ☐ dividends   ☐ Yes   ☒ No
Amount_____ Received by_____

d.  ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
   ☐ Yes   ☒ No
Amount_____ Received by_____

e.  ☐ Gifts or ☐ inheritances   ☐ Yes   ☒ No
Amount_____ Received by_____

f.  ☐ Any other sources (state source:_____)   ☐ Yes   ☒ No
Amount_____ Received by_____

4. Do you or anyone else living at the same address have more than $200 in cash or checking or savings accounts?   ☐ Yes   ☒ No   Total amount:_____
In whose name held:_____ Relationship to you:_____

5. Do you or anyone else living at the same address own any stocks, bonds, securities or other financial instruments?   ☐ Yes   ☒ No
Property:_____ Current Value:_____
In whose name held:_____ Relationship to you:_____

6. Do you or anyone else living at the same address own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)?   ☐ Yes   ☒ No
Address of property:_____
Type of property:_____ Current value:_____
In whose name held:_____ Relationship to you:_____
Amount of monthly mortgage or loan payments:_____
Name of person making payments:_____

7. Do you or anyone else living at the same address own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?
   ☐ Yes   ☒ No
Property:_____
Current value:_____
In whose name held:_____ Relationship to you:_____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☒ No dependents
_____
_____

-2-

PRISONER CORRESPONDENCE FORM

Please fill out and return this form along with any other pleading you wish to submit to the court. It is your responsibility to keep the court advised of your current address in order for you to receive orders from the court. Failure to do so may result in dismissal of your case for want of prosecution. Once the Prisoner Correspondent records this information, this form will be destroyed.

PLEASE PRINT

Daniel (First)    PHillip (Middle)    Frauenreder (Last)

List Alias Names, if any: N/A

2. Any Current/Prior Prison ID Number(s): R00162

   Name of Prison(s): Henry Hill Correctional Center (I.D.O.C.)

3. Jail ID Number(s): 2008-000-1654

   Name of Jail(s): Cook County Jail - Department of Corrections

4. Date of Birth: Febuary 13, 1958

5. Home Address (Do not use P.O. Box):

   Street Name and Number: 2700 S. California Ave.

   City, State and Zip Code: Chicago, Illinois, 60608

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: March 25, 2008

_____
Signature of Applicant

Daniel P. Frauenreder
(Print Name)

---

**NOTICE TO PRISONERS:** A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

### CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, Daniel Frauenreder, I.D.# R00162, has the sum of $17.09 on account to his/her credit at (name of institution) Hill CC. I further certify that the applicant has the following securities to his/her credit: — 0 —. I further certify that during the past six months the applicant's average monthly deposit was $4.19. (Add all deposits from all sources and then divide by number of months).

2-28-08
DATE

_____
SIGNATURE OF AUTHORIZED OFFICER

Cheryl Aplin
(Print name)

rev. 7/18/02

-3-

1:08-cv-01093-HAB-JAG   # 3   Page 5 of 7

Date: 02/28/2008
Time: 9:53am
d_list_inmate_trans_statement_composite

Hill Correctional Center
Trust Fund
View Transactions

Page 1

**Inmate:** R00162 Frauenreder, Daniel  **Housing Unit:** HIL-R1-D -23  **Released**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---:|---:|
| | | | | | Beginning Balance: | | 6.54 |
| 07/17/07 | Disbursements | 90 Medical Co-Pay | 198363 | Chk #94204 | 07-17-07, DOC: 523 Fund Inmate, Inv. Date: 07/17/2007 | -2.00 | 4.54 |
| 08/09/07 | Payroll | 20 Payroll Adjustment | 221179 | | P/R month of 07/2007 | 8.50 | 13.04 |
| 08/16/07 | Point of Sale | 60 Commissary | 228705 | 406129 | Commissary | -12.99 | .05 |
| 09/14/07 | Payroll | 20 Payroll Adjustment | 257179 | | P/R month of 08/2007 | 8.16 | 8.21 |
| 09/14/07 | Payroll | 20 Payroll Adjustment | 257156 | | P/R month of 08/2007 | -8.16 | .05 |
| 09/14/07 | Payroll | 20 Payroll Adjustment | 257179 | | P/R month of 08/2007 | 8.16 | 8.21 |
| 09/17/07 | Disbursements | 90 Medical Co-Pay | 260363 | Chk #94751 | 09-05-07, DOC: 523 Fund Inmate, Inv. Date: 09/05/2007 | -2.00 | 6.21 |
| 10/12/07 | Payroll | 20 Payroll Adjustment | 285179 | | P/R month of 09/2007 | 6.46 | 12.67 |
| 01/11/08 | Payroll | 20 Payroll Adjustment | 011179 | | P/R month of 12/2007 | 2.04 | 14.71 |
| 02/15/08 | Payroll | 20 Payroll Adjustment | 046179 | | P/R month of 01/2008 | 2.38 | 17.09 |

|   |   |
|---|---:|
| Total Inmate Funds: | 17.09 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | .00 |
| Funds Available: | 17.09 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |

```
    0 . *

    8 . 50 +
    8 . 16 +
    6 . 46 +
    2 . 04 +
   25 . 16 ◊

   25 . 16 ÷
    6 . =
    4 . 19 *
```

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: March 25, 2008

_Daniel P. Frauenreder_
Signature of Applicant

_Daniel P. Frauenreder_
(Print Name)

---

**NOTICE TO PRISONERS:** A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

### CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, Daniel Frauenreder, I.D.# 8-0001654, has the sum of $ .01 on account to his/her credit at (name of institution) CCDOC. I further certify that the applicant has the following securities to his/her credit: ZERO. I further certify that during the past six months the applicant's average monthly deposit was $ 1.66. (Add all deposits from all sources and then divide by number of months).

2/28/08
DATE

SIGNATURE OF AUTHORIZED OFFICER

L. JACKSON, ORW
(Print name)

rev. 7/18/02

-3-



**TRANSACTION REPORT**
Print Date: 02/28/2008

| Inmate Name: | FRAVENREDER, DANIEL P. | Balance: | $0.01 |

Inmate Number: 20080001654

Inmate DOB: 2/13/1958

| Stamp | Transaction | Amount | Balance |
|---|---|---|---|
| 01/23/2008 | ORDER DEBIT | -0.34 | 0.01 |
| 01/16/2008 | ORDER DEBIT | -9.65 | 0.35 |
| 01/08/2008 | CREDIT | 10.00 | 10.00 |
© 2004 ARAMARK Corporation. All Rights Reserved