UNITED STATES DISTRICT COURT, Central ~~NORTHERN~~ DISTRICT OF ILLINOIS
EASTERN DIVISION

(s) Daniel P. Frauenreder  )
                           )  Case Number: 08-1093
         V.                )
Defendant(s) Durkin Patrick D Corr, Counselor II  )  Judge:
Henry Hill Correctional Center
(Name unknown) Warden
Henry Hill Correctional Center

## MOTION FOR APPOINTMENT OF COUNSEL

1. I, Daniel Frauenreder , declare that I am the (check appropriate box)
   [X] plaintiff  [ ] defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding:

3. In further support of my motion, I declare that (check appropriate box):
   [X] I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.
   [X] I am currently, or previously have been, represented by an attorney appointed by the Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):
   [X] I have attached an original Application for Leave to Proceed *In Forma Pauperis* in the proceeding detailing my financial status.
   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding, and it is a true and correct representation of my financial status.
   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding. However, my financial status has changed and I have attached an Amended Application to Proceed *In Forma Pauperis* to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

_Daniel P. Frauenreder_          2700 S. California, P.O. Box 089002
Movant's Signature               Street Address

March 25, 2008                   Chicago, Illinois, 60608
Date                             City, State, ZIP

...ed in paragraph three on the opposite page, I am currently, or previously have been, represented by an  appointed by this Court in the civil or criminal actions listed below.

Assigned Judge: _____ Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box [X]

---

Assigned Judge: _____ Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box [ ]

---

Assigned Judge: _____ Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box [ ]

---

Assigned Judge: _____ Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box [ ]