

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

PAMELA E. ROBINSON
CLERK OF COURT

TEL: 309.671.7117
FAX: 309.671.7120

OFFICE OF THE CLERK
309 U.S. COURTHOUSE
100 N.E. MONROE STREET
PEORIA, ILLINOIS 61602

April 21, 2008

INMATE NAME AND #2008-000-1654
Daniel Frauenreder

CASE NUMBER. 08-1093

Trust Fund Department
Cook County Department of Corrections
2700 S. California Ave.
PO Box 089002
Chicago, IL 60608

The Clerk of the Court recently received a complaint and a petition to proceed in forma pauperis from the above named inmate.  In order for the Court to determine whether s/he is entitled to proceed in forma pauperis, the Court must review his/her trust fund ledgers for the six months immediately proceeding receipt of his/her complaint.   Therefore, the Clerk of the Court respectfully requests that you provide to the Court a copy of the above named inmate's trust fund ledgers for the period **October 21, 2007 thru April 21, 2008**, within fourteen days of the date of this letter.   Please mail the trust fund ledgers to:

> United States District Court
> Central District Of Illinois
> 309 Federal Building
> 100 N.E. Monroe
> Peoria, IL 61602

Please refer to the above referenced case number when submitting the trust fund ledgers.  Thank you.

Sincerely,

Pamela E. Robinson

Clerk, U.S. District Court

cc: Inmate