E-FILED
Monday, 21 April, 2008 02:44:57 PM
Clerk, U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **Daniel P. Frauenreder** | ) | **WRIT OF HABEAS CORPUS** |
| Plaintiff | ) | **AD TESTIFICANDUM** |
| | ) | |
| vs | ) | |
| | ) | **CASE NO. 08-1093** |
| **Patrick Durkin et al.** | ) | |
| Defendant | ) | |

**TO: THE WARDEN of** Cook County Department of Corrections at Chicago, IL.

**WE COMMAND** that you produce the body of **Daniel P. Frauenreder**, Register No. **2008-000-1654**, who is in your custody at Cook County before the United States District Court on **Wednesday, June 4, 2008 at 9:30 AM (CST)** by making that person personally available at a telephone at the institution to participate in a hearing before the court by **TELEPHONE CONFERENCE CALL** between the plaintiff and counsel for the defendants. This telephone conference call is a public proceeding as though the prisoner were present in open court. Anyone can listen. At the termination of said hearing you may return him to his current regular assignment.

**WITNESS** the Honorable Pamela E. Robinson, CLERK of the United States District Court for the Central District of Illinois.

DATED: April 21, 2008

                                                          PAMELA E. ROBINSON, CLERK
                                                          UNITED STATES DISTRICT COURT

                                                          BY: _____s/R. Knox_____
                                                                Deputy Clerk