Judge: Harold A. Baker

Room 309
Federal Building
100 NE Monroe Street,
Peoria, Illinois, 61602

July 10, 2008

**E-FILED**
Friday, 18 July, 2008  01:38:58 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
AT PEORIA, ILLINOIS

FILED

JUL 1 7 2008

PAMELA E. ROBINSON, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Daniel Frauenreder
        Plaintiff
V.S.                                   )   Case No: 08-1093
Patrick D. Durkin et al
        Defendant

"Attention" — CLERK OF THE COURT;

        Can I please get a 60 Day extension on my
next court date. Cook County Dept. of Corrections has been
on lock-down for aprox. 3 weeks out of the last month.
    I was able to go to the Law Library once in the last 1½
months. I was convicted of my new case, I will be transferring
to Northern Receiving Center (I.D.o.c.) in Joliet, Ill. aprox
on July 28, 2008. (address unknown at this time). I will be there
aprox. 2-4 weeks, prior to moving to another prison, where
this will be my New home for 8½ years.
    I need to go to a Law Library, where I can get some extensive
time in, to do legal research on this lawsuit. (I'm just learning)
I don't know the law that well yet.

                        Respetfully Submitted
                        Daniel P. Frauenreder
                        07/10/08
                        #2008-000-1654, or R# ROO162

    I, Daniel P. Frauenreder, swear under penalty of perjury
    that I served a copy of this document.
                        Daniel P. Frauenreder
                        07/10/08