FILED
JUL 28 2008
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Judge, Harold A. Baker
Room 309

United States District Court
Central District of Illinois
At Peoria, Illinois

Daniel P. Frauenreder )
Plaintiff )
) Case No. 08-1093
vs. )
)
Patrick D. Durkin ) Judge, Harold A. Baker
)
Stephen Wright )

Attention, CLERK OF THE COURT,

I am trying to get all of my warden's names and my mittimus and my parole papers, as evidence or discovery. I wrote the following; Henry Hill Correctional Center (I.D.O.C.) 600 Linwood Rd., P.O. Box 1327, Galesburg, Ill., 61401. I also wrote the Illinois Review Board for information of why they didn't release me when my max M.S.R. Date was completed and the names of the persons that were at my Parole Hearings at 319 East Madison St., Suite A, Springfield, Ill., 62701, and I also wrote the Freedom of Information Act Office at 1301 Concordia Ct., P.O. Box 19277, Springfield, Ill., 62794-9277. But So far I haven't received any results yet. I am now writing Peoria Adult Transition Center at (I.D.O.C.) 607 Main St., Peoria, Ill., 61602 for my Parole and M.S.R. Papers. I was on this case from 12/15 - 08/23/06 and then I was released on Parole (before catching a new case). I am also writing the DuPage County Clerk of Office at 421 N. County Farm Rd., Wheaton, Ill., 60187 to get my mittimus when I was sentenced in 09/05.

Sincerely,
Respectfully Submitted,
Daniel P. Frauenreder #R00162

I, Daniel P. Frauenreder, Swear, under penalty of perjury, that I served a copy of this document,
Daniel P. Frauenreder #R00162

Dated; 07/28/08