E-FILED
Monday, 28 July, 2008 01:36:12 PM
Clerk, U.S. District Court, ILCD

FILED

JUL 28 2008
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Judge; Harold A. Baker
Room 309

United States District Court
Central District of Illinois
AT PEORIA, ILLINOIS

Daniel P. Frauenfelder )
        Plaintiff )
                         )   Case No. 08-1093
   vs.                   )
                         )   Judge; Harold A. Baker
Patrick D. Durkin )
   Stephen Wright )

Attention; Clerk of the Court,

On July 10, 2008, I, Daniel P. Frauenfelder asked the court, if I could get a 60 day extension on my next court date. I have been on lockdown, twice, in over the last two months at Cook County Dept. of Corrections. I was only able to go to the law library 2 times during these lockdowns.

I am now at Northern Receiving Center (I.D.O.C.), and they don't have a law library here, I'll be here approx. 2-4 weeks, prior to going to another prison, before I am able to go to a law library to do more research on my case. I did not receive any verification from you regarding my extension, the mail at Cook County Jail is slow, because of lockdowns and it takes a while to get my mail forwarded to me.

Sincerely, Respectfully submitted,
Daniel P. Frauenfelder
#R00162

I, Daniel P. Frauenfelder, swear under penalty of perjury, that I served a copy of this document.
#R00162
Daniel P. Frauenfelder
Dated 07/28/08