FILED
JUL 2 8 2008
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

United States District Court
Central District of Illinois

Daniel P. Frauenreder )
              Plaintiff )
                       )  Case No. 08-1093
vs.                    )
                       )  Judge; Harold A. Baker
Patrick D. Durkin et al, )
              Defendant )

MOTION; FOR Amendment of Defendant's

Names to be added, Stephen Wright, Warden at Henry Hill Correctional Center, Galesburg, Illinois 61401

United States District Court
Central District of Illinois

Daniel P. Frauenreder )
              Plaintiff )
                       )  Case No. 08-1093
vs.                    )
Patrick D. Durkin      )  Judge; Harold A. Baker
Stephen Wright         )
              Defendants )

Sincerely,
Respectfully Submitted
Daniel P. Frauenreder
R00162

I Daniel P. Frauenreder, swear under penalty of perjury that I served a copy of this document.

Daniel P. Frauenreder
Dated 07/25/08

* When writing back, can you please put my I.D.
# R00162 under my name, on front of envelope. "Thank You"