FILED
JUL 28 2008
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

United States District Court
Central District of Illinois

Daniel P. Frauenfelder )
Plaintiff )
vs. ) Case No 08-1093
Patrick D. Durkin ) Judge; Harold A. Baker
Stephen Wright )

Attention, Clerk of The Court,

I Daniel P. Frauenfelder, I am now at Northern Receiving Center, Stateville Correctional Center (P.O.C.) P.O. Box 112 Joliet, Illinois, 60434, for appx 2-4 weeks until they transfer me to another prison, where my new home will be for appx. 8½ years. I will let you know when I arrive there.

Sincerely Respectfully submitted,

Daniel P. Frauenfelder
#R00162

I, Daniel P. Frauenfelder, swear under penalty of perjury that I served a copy of this document.

Daniel P. Frauenfelder  #R00162
Dated 07/28/08