E-FILED
Friday, 01 August, 2008  12:40:42 PM
Clerk, U.S. District Court, ILCD

# United States District Court

### CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **Daniel Frauenreder** | ) | WRIT OF HABEAS CORPUS |
| Plaintiff | ) | AD TESTIFICANDUM |
| | ) | |
| vs | ) | |
| | ) | **CASE NO. 08-1093** |
| **Durkin, et al.** | ) | |
| Defendant | ) | |

**TO: THE WARDEN of** Stateville Correctional Center at Joliet, IL.

    **WE COMMAND** that you produce the body of **Daniel Frauenreder**, Register No. **R00162**, who is in your custody at Stateville Correctional Center before the United States District Court on **September 19, 2008, at 10:00 a.m.** by making that person personally available at a telephone at the institution to participate in a hearing before the court by **TELEPHONE CONFERENCE CALL** between the plaintiff and counsel for the defendants. This telephone conference call is a public proceeding as though the prisoner were present in open court. Anyone can listen. At the termination of said hearing you may return him to his current regular assignment.

    **WITNESS** the Honorable Pamela E. Robinson, CLERK of the United States District Court for the Central District of Illinois.

DATED: August 1, 2008

                                      PAMELA E. ROBINSON, CLERK
                                      UNITED STATES DISTRICT COURT

                                      BY: ___s/M. Leininger_____
                                            Deputy Clerk