E-FILED
Tuesday, 05 August, 2008 11:31:56 AM
Clerk, U.S. District Court, ILCD

FILED
AUG - 5 2008
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Room 309

United States District Court
Central District of Illinois
At Peoria Illinois

| | | |
|---|---|---|
| Daniel P. Frauenreder | ) | |
| Plaintiff | ) | Case No. 08-1093 |
| vs. | ) | |
| Patrick D. Durkin | ) | |
| Counselor II | ) | Judge; Harold A. Baker |
| Stephen Wright | ) | |
| Warden | ) | |
| Defendant's | ) | |

"Attention" - Clerk of the Court;

I have arrived at Illinois River Correctional Center, my address for the next 8½ years, is as follows; P.O. Box 1900, Canton, Illinois, 61520, The Phone number for Illinois River Correctional Center is (309) 647-7030

Sincerely, Respectfully Submitted,
Daniel P. Frauenreder   # R00162

I Daniel P. Frauenreder, swear under penalty of perjury that I served a copy of this document.

Daniel P. Frauenreder  # R00162
Dated: 08-02-08

* P.S. - when writing back please put my I.D.O.C. # R00162 under my name on front of envelope.
"Thank You"