E-FILED
Tuesday, 05 August, 2008 11:46:18 AM
Clerk, U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **Daniel Frauenreder** | ) | WRIT OF HABEAS CORPUS |
| Plaintiff | ) | AD TESTIFICANDUM |
| | ) | |
| vs | ) | |
| | ) | **CASE NO. 08-1093** |
| **Durkin, et al.** | ) | |
| Defendant | ) | |

**TO: THE WARDEN of** IL River Correctional Center at Canton, IL.

**WE COMMAND** that you produce the body of **Daniel P. Frauenreder**, Register No. **R00162**, who is in your custody at Il River Correctional Center before the United States District Court on **9/19/08, at 10:00 a.m., or as soon thereafter as the Court reaches the case,** by making that person personally available at a telephone at the institution to participate in a hearing before the court by **TELEPHONE CONFERENCE CALL** between the plaintiff and counsel for the defendants. This telephone conference call is a public proceeding as though the prisoner were present in open court. Anyone can listen. At the termination of said hearing you may return him to his current regular assignment.

**WITNESS** the Honorable Pamela E. Robinson, CLERK of the United States District Court for the Central District of Illinois.

DATED: August 5, 2008

                          PAMELA E. ROBINSON, CLERK
                          UNITED STATES DISTRICT COURT

                          BY: __s/M. Leininger_____
                                Deputy Clerk