E-FILED
Wednesday, 03 September, 2008  12:53:04 PM
Clerk, U.S. District Court, ILCD

Room 309

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT COURT OF ILLINOIS

| | |
|---|---|
| Daniel P. Frauenreder<br>　　　Plaintiff<br><br>vs.<br><br>Patrick D. Durkin et al.<br>　　　Defendant's | Case No. 08-1093<br><br>Judge; Harold A. Baker |

FILED
SEP - 3 2008
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

TO THE CLERK OF THE COURT;

I, Daniel P. Frauenreder, applied for a motion of Counsel on April 21, 2008. I need a lawyer to help me on this case, my educational level on the law, is not so good.

"I need to file an amended petition, on general damages for mental anguish, and for physical pain, and suffering due to injury to Reputation, it is a compensable psychic injury, it should also be included within the general charge for emotional distress where evidence is sufficient to show such harm, and I also have acid-Reflex disease from stress (SEE Exhibit II pg. 2 of 2 § 4.9). I should be entitled to compensatory damages.

"I need also to file a motion for Reconsideration to upgrade from "individual" to "OFFICIAL" capacity.

Sincerely Respectfully Submitted,
signed; Daniel P. Frauenreder #R00162
dated; September 2, 2008

I, Daniel P. Frauenreder, swear under penalty of perjury, that I served a copy of this Document,
signed; Daniel P. Frauenreder #R00162
dated; September 2, 2008

Illinois River Correctional Center, P.O. Box 1900, Canton, Illinois, 61502

Room 309

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT COURT OF ILLINOIS

Daniel P. Frauenreder
  Plaintiff
  V.S.
Patrick D. Durkin et al,
  Defendant's

CASE NO. 08-1093

Judge; Harold A. Baker

TO THE CLERK OF THE COURT;

I, Daniel P. Frauenreder, applied for a motion of Counsel on April 21, 2008, I need a lawyer to help me on this case, my educational level on the law, is not so good.

"I need to file an amended petition, on general damage's for mental anguish, and for physical pain, and suffering, due to injury to Reputation, it is a compensable psychic injury, it should also be included within the general charge for emotional distress where evidence is sufficient to show such harm, and I also have acid-Reflex disease from stress (SEE Exhibit IV pg. 2 of 2 §4:19), I should be entitled to compensatory damage's.

"I need also to file a motion for Reconsideration to upgrade from "individual" to "OFFICIAL" capacity.

Sincerely Respectfully Submitted,
signed; Daniel P. Frauenreder #R00162
dated; September 2, 2008

I, Daniel P. Frauenreder, swear under penalty of perjury, that I served a copy of this Document.
signed; Daniel P. Frauenreder #R00162
dated; September 2, 2008

Illinois River Correctional Center, P.O. Box 1900, Canton, Illinois, 61520